UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN L. WATTS, | ) | NO. CV 07-6075 DDP (SS) |
| | ) | |
|             Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
|      v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | |
| MICHAEL MARTEL, Acting Warden, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
|             Respondent. | ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\

\\\

\\\

\\\

\\\

Accordingly, IT IS ORDERED THAT:

1. The First Amended Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: July 21, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2