**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN L. WATTS,<br><br>                    Petitioner,<br><br>          v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>                    Respondent. | ) NO. CV 07-6075 DDP (SS)<br>)<br>)<br>)<br>)     **JUDGMENT**<br>)<br>)<br>)<br>) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: July 21, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE